M. Darragh & Co., Appellants, *v.* John Bigger and P. H. Stevenson, whose death is suggested, and Elizabeth Stevenson, and Charles L. Stevenson, Administrator.

*Judgment—Opening judgment—Evidence.*

A judgment against a decedent will be opened where the evidence shows that it was entered twenty-six years before his death, in a county where he did not live, and where he had no real estate; that during the whole of this period he had valuable real estate in the county where he did live, and that he was always able to pay the judgment; and when twenty witnesses have testified that in their opinion the signature appended to the

note upon which judgment was entered was not that of decedent, against five who testify to the genuineness of the signature in their opinion.

Argued Oct. 16, 1895. Appeal, No. 241, Oct. T., 1895, by plaintiffs, from order of C. P. Beaver Co., Dec. T., 1890, No. 19, making absolute a rule to open judgment. Before STERRETT, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL and FELL, JJ. Affirmed.

Rule to open judgment. Before WICKHAM, P. J.

From the record and the evidence it appeared that judgment was entered in June 1867, on a judgment note bearing the names of John H. Bigger and P. H. Stevenson, in the sum of $1,657.81. The judgment was regularly revived from time to time, the last revival being on June 3, 1892, for $5,073.17. P. H. Stevenson died on November 28, 1893. The evidence showed that he had never been a resident of Beaver county, but that he had lived all his life in Allegheny county, where he owned valuable real estate, and that he had always been possessed of means amply sufficient to pay the judgment. Twenty-five witnesses were examined as to the genuineness of the signature. Twenty testified that in their opinion the signature of Stevenson appended to the note was not genuine. Five testified that in their opinion it was in the handwriting of P. H. Stevenson.

The court made absolute the rule to open the judgment.

*Error assigned* was above order.

*J. F. Reed*, for appellants.

*Edward D. Dougherty, John M. Buchanan* and *Wm. A. Mc-Connel*, for appellees.

PER CURIAM, November 4, 1895:

The sole complaint is "that the court erred in opening the judgment as to P. H. Stevenson, deceased, and permitting his personal representatives to make defense to the judgment." An examination of the testimony that was introduced in support of the petition to open the judgment etc. has satisfied us that it was quite sufficient to justify the action complained of. Discussion of the testimony, as the case now stands, is neither

necessary nor desirable. It is enough to say that it is quite sufficient to justify the court in opening the judgment and sending the case to a jury.

Decree affirmed and appeal dismissed with costs to be paid by appellants.